# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5036**  **September Term, 2022**

**1:21-cv-02317-RC**

**Filed On:** April 28, 2023

Friends of the Earth, et al.,

    Appellees

    v.

Debra A. Haaland, in her official capacity as Secretary of the Interior, et al.,

    Appellees

American Petroleum Institute,

    Appellant

-----------------------------

Consolidated with 22-5037

    **BEFORE:** Srinivasan, Chief Judge, Walker, Circuit Judge, and Rogers, Senior Circuit Judge

## O R D E R

    Upon consideration of the motions to dismiss, the opposition thereto, and the replies, it is

    **ORDERED** that the motions be dismissed as moot in light of the court's judgment issued herein this date.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
            Daniel J. Reidy
            Deputy Clerk